UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,
       Plaintiff

Case No. 09-10406
Hon. Robert H. Cleland

-v-

Constance J. Standish aka
Constance J. Price aka
Constance J. Persails,
       Defendant

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

       The plaintiff has filed an Ex-Parte Motion for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant.  The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard.  *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

       Accordingly, it is ORDERED that the plaintiff's Ex-Parte Motion for order permitting substitute service of process [dkt # 3] is GRANTED.

       It is ORDERED that the plaintiff may serve the defendant, Constance J. Standish aka Constance J. Price aka Constance J. Persails, with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at: 13358 Seymour, Montrose, Michigan 48457;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2009, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522